

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00394-CR

**SAMUEL ELBERT WINSTEAD,**

                                                      **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                      **Appellee**

---

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 16-00398-CRF-85

---

## MEMORANDUM  OPINION

---

Appellant Samuel Elbert Winstead was convicted of the offense of manufacture/delivery of between one and four grams of a controlled substance in the 85th Judicial District Court of Brazos County, Texas.  Winstead's sentence was imposed on August 10, 2016, and Winstead's judgment was signed on August 29, 2016.  The trial court additionally signed a Certification of Defendant's Right of Appeal on August 10, 2016, indicating that this is a plea bargain case and that Winstead has no right of appeal.

Winstead's notice of appeal was filed on October 31, 2019, more than three years after his sentence was imposed.

We must dismiss an appeal "without further action, regardless of the basis for the appeal" if the trial court's certification shows there is no right to appeal. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (holding that an appellant who has executed a waiver of appeal, whether negotiated or non-negotiated, could not appeal without securing the permission of the trial court). We additionally have no jurisdiction of an untimely appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely). Accordingly, the appeal is dismissed.

Notwithstanding that we are dismissing this appeal, Winstead may file a motion for rehearing with this Court within fifteen (15) days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If Winstead desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within thirty (30) days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).


REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Dismissed
Opinion delivered and filed November 20, 2019
Do not publish
[CR25]